# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 15, 2024

Lyle W. Cayce
Clerk

_____

No. 23-50495

_____

Theodore Khnanisho,

*Plaintiff—Appellant*,

*versus*

Texas Commission on Law Enforcement; Chief Kim
Vickers; T. J. Vineyard, *Investigator*; Marina Petkovsek,
*Investigator*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-1230

_____

Before Jones, Southwick, and Ho, *Circuit Judges*.

Per Curiam:[*]

Theodore Khnanisho appeals the dismissal of his civil rights claims against the Texas Commission on Law Enforcement and certain Commission employees. Khnanisho's brief does not engage with the district court's analysis or cite relevant authorities and parts of the record. We therefore find

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50495

that he has forfeited his challenges and summarily affirm the judgment. *See* 5TH CIR. R. 47.6; FED. R. APP. P. 28(a)(4).